EVANGELINE F. GROSSMAN State Bar No. 176014
TONNA K. FAXON State Bar No. 237605
EVANGELINE FISHER GROSSMAN LAW
324 North Indian Hill Boulevard
Claremont, CA 91711
Tel: (909) 626-1934, Fax: (909) 626-1900

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ROBINSON and MILLET ROBINSON, individuals,<br><br>Plaintiff(s),<br>v.<br>USAA CASUALTY INSURANCE COMPANY; USAA INSURANCE AGENCY, INC. d/b/a USAA INSURANCE AGENCY, INC. of TEXAS; and DOES 1 through 10, inclusi<br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-1012<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

5/25/21
Date

*Evangeline Grossman*
Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*